2012-01079
FILED
July 11, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004329824

6

1  MARK L. POPE  #182769
   Assistant United States Trustee
2  GREGORY S. POWELL #182199
3  ROBIN TUBESING #26680-49 [Indiana]
   United States Department of Justice
4  Office of the United States Trustee
   2500 Tulare Street, Suite 1401
5  Fresno, California  93721
   Telephone:  (559) 487-5002
6  Telecopier:  (559) 487-5030

7  Attorneys for Plaintiff, August B. Landis,
   Acting United States Trustee
8

9            UNITED STATES BANKRUPTCY COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                   FRESNO DIVISION

12  In re:                              )    Case No. 12-13164-B-7
                                        )    Chapter 7
13  **SALVADOR MENDEZ and**              )
14  **MARY C. MENDEZ,**                  )
                                        )
15                    Debtors.          )
                                        )
16  _____      )
                                        )
    **AUGUST B. LANDIS,**
17  **Acting United States Trustee,**     )    A.P. No.  12-01079-B
                                        )
18                    Plaintiff,        )
    v.                                  )    Date: July 6, 2012
19                                      )    Time: 9:00 a.m.
    **SALVADOR MENDEZ and**              )    Place: United States Bankruptcy Court
20  **MARY C. MENDEZ,**                  )           1300 18th Street, Suite A
                                        )           Bakersfield, CA
21                                      )    Judge: W. Richard Lee
                                        )
22                    Defendants.       )
                                        )
23  _____

24        **FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING
       UNITED STATES TRUSTEE'S COMPLAINT TO (1) TO DISMISS CHAPTER 7
25          CASE WITH PREJUDICE AND (2) TO ENJOIN DEBTORS
                  FROM FILING BANKRUPTCY FOR TWO YEARS**

26

27       On July 6, 2012, the Court's Status Conference came on for hearing on the United

28  States Trustee's Complaint to (1) to Dismiss Chapter 7 Case with Prejudice and (2) to Enjoin

RECEIVED
July 09, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004329824

Debtors from Filing Bankruptcy for Two Years.  Mark L. Pope, Esq. appeared for the United States Trustee.  Having entered the default of the Defendants and reviewed the unopposed pleadings of the United States Trustee, the Court now issues the following findings of fact and conclusions of law.

**Finding of Facts**

1. On October 31, 2011, Salvador and Mary C. Mendez ("the Defendants")filed a *pro se* Chapter 7 bankruptcy, case number 11-61591-B-7 ("Case No. 1"), in the Eastern District of California, Fresno Division.

2. The schedules and statements were not filed and the Court issued a Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents were Not Timely Filed. .

3. On November 14, 2011 the Defendants filed a motion to extend the deadline to file schedules ("Motion").   The Motion was granted on November 15, 2012.

4. On November 29, 2011, the Defendants filed a second motion to extend the deadline to file Schedules ("Second Motion").  The Second Motion was denied on December 20, 2012.

5. Also on December 20, 2011, the Court dismissed the case for failure to file schedules.

6. On January 6, 2012, the Defendants filed a *pro se* Chapter 7 bankruptcy, case number 12-10118-B-7 ("Case No. 2"), in the Eastern District of California, Fresno Division.

7. The Defendants failed to disclose the filing of Case No. 1 on their petition.  The schedules and statements were not filed and the Court issued a Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents were Not Timely Filed.

8. On January 24, 2012, the Defendants filed a motion to extend the deadline to file schedules ("Motion").   The Motion was granted on January 26, 2012.

9. On February 6, 2012, the Court dismissed the case for failure to file schedules.

10. On April 9, 2012, the Defendants filed a the Current Case in the Eastern District of California, Fresno Division.

11. The Debtors failed to disclose the filing of Case No. 1 or Case No. 2 on their petition. The schedules and statements were not filed and the Court issued a Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents were Not Timely Filed.

12. On April 23, 2012, the Debtors filed a motion to extend the deadline to file schedules ("Motion"). The Motion was granted on April 23, 2012 and that deadline was extended to May 7. The schedules were not file by that date.

## Conclusions of Law

13. Under 11 U.S.C. § 707(b)(1), the court may dismiss a case if the court finds that a debtor has filed a petition in bad faith pursuant to 11 U.S.C. § 707(b)(3)(A). Factors indicating bad faith include, but are not limited to: (a) whether the debtor has a history of bankruptcy petition filings and case dismissals, (b) whether the debtor intended to invoke the automatic stay for improper purposes, such as for the sole objective of defeating state court litigation, (c) whether egregious behavior is present, and (d) whether the debtor misrepresented facts in his petition or plan, unfairly manipulated the bankruptcy Code, or otherwise filed the petition in an inequitable manner.

14. The Defendants' false statements in failing to disclose their prior cases in their Voluntary Petition, and their serial filings constitute bad faith that warrant dismissal of this case.

15. Under Section 11 U.S.C. § 349(a), the court may dismiss a case with prejudice to the discharge of existing debts, for cause.

16. The Defendant's bad faith conduct is cause for dismissal with prejudice.

17. The Defendants are serial bankruptcy filers who have abused the bankruptcy system since October 31, 2011.

18. The Defendants have filed three bankruptcies within a six month period.

19. Currently, the Defendants have one active chapter 7 case.

20. The Defendants knowingly and fraudulently made a false oaths in their second case, as well as their Current Case, when they failed to disclose their prior two cases.

21. The Defendants' pattern of successive filings and false oaths are evidence of their willful failure to prosecute their case in good faith and to abide by the Bankruptcy Code and Rules.

22. In their Current Case, the Defendants failed to file schedules listing priority or general unsecured creditors, and have not filed their Verification and Master Address List, suggesting that the Defendants do not seek a chapter 7 discharge.

23. The Defendants' sole purpose in filing successive cases appears to be to invoke the automatic stay to hinder and delay creditors.

24. The Defendants' behavior constitutes an abuse of the bankruptcy system, and without an order barring refiling, the Defendants' creditors are at risk of further serial filings and abuse.

25. The Defendants' failure to perform duties imposed by the Bankruptcy Code constitutes willful behavior sufficient to impose a 180-day bar against refiling pursuant to 11 U.S.C. § 109(g)(1).

26. However, a 180-day bar is insufficient to protect the Defendants' creditors from the Defendants who have filed three bankruptcy cases since October, 2010.

27. The Plaintiff has no adequate remedy at law. The Defendants' actions and omissions hinder the administration of justice and cause creditors and the bankruptcy system irreparable harm. The Defendants will continue to abuse the bankruptcy process unless this Court issues an injunction barring the Defendants from filing another bankruptcy case for two years.

//
//
//
//

## Conclusion

For the foregoing reasons, the Court concludes the following relief should be granted:

The case shall be with prejudice to the discharge of debts of the Defendants existing when this case was filed and the Defendants shall be barred from filing another bankruptcy petition within two years from the date of the dismissal, without leave of court.

A separate order shall be entered.

Dated:

Dated: Jul 11, 2012

_____
W. Richard Lee
United States Bankruptcy Judge

Efiled by Mark L. Pope
    Direct Phone: (559)487-5002 Ext. 240
    Email: Mark.Pope@usdoj.gov